IDA ROTHMAN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued January 23, 1933; decided February 28, 1933.

*Arthur J. W. Hilly, Corporation Counsel (Vine H. Smith, Edward A. Gobel* and *J. Joseph Lilly* of counsel), for appellant.

*Thomas J. O' Neill* and *Julius Blumenfeld* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.